**Timothy Frank CUSSEN, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

**No. WD 41284.**

Missouri Court of Appeals,
Western District.

Feb. 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied
May 15, 1990.

Daniel R. Jones, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Jatha B. Sadowski, Sp. Asst. Atty. Gen., Independence, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from suspension of appellant's driving privileges. Affirmed. Rule 84.-16(b).

**Bruce C. HOUDEK, Respondent**

v.

**Fay OVERFIELD, Appellant.**

**No. WD 42421.**

Missouri Court of Appeals,
Western District.

Feb. 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied
May 15, 1990.

Fay Overfield, Kansas City, pro se.

Bruce C. Houdek of James, Millert, Houdek, Tyrl & Sommers, Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

This is an appeal from a judgment confirming an arbitration award pursuant to § 435.440.1(3), RSMo 1986.

Judgment affirmed. Rule 84.16(b).